UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | | |
|---|---|---|
| CARYL WEST, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 2:04-CV-28 |
| | ) | |
| RON POSTMA'S PLANET TOYOTA, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

This matter is before the Court on Plaintiff's Motion to Reinstate and Enforce Settlement. [Doc. 43]. On January 11, 2006, the Court entered an order dismissing the Plaintiff's claims without prejudice for a period of thirty (30) days from the date of that order. The order further stated that if the parties did not consummate the settlement within that 30 day period, they could move to reinstate their claims upon motion approved by the Court. However, the Court cautioned the parties that any motion to reinstate must be filed within the 30-day period and that the Court would not retain jurisdiction to enforce the settlement thereafter.

The Plaintiff filed his Motion to Reinstate on February 28, 2006. This is well outside of the 30-day reinstatement period set out in the Court's January 11, 2006 order. Accordingly, this Court does not have jurisdiction to enforce the settlement agreement, *see*, *e.g.*, *Hill v. Baxter Healthcare Corp.*, 405 F.3d 572, 576 (7th Cir. 2005) (citations omitted); *In the matter of: VMS Sec. Litig.*, 103 F.3d 1317, 1321-22 (7th Cir. 1996), and the Plaintiff's motion is **DENIED**. **SO ORDERED**.

ENTERED: March 7, 2006

s/ Philip P. Simon
PHILIP P. SIMON, JUDGE
UNITED STATES DISTRICT COURT